GARY M. RESTAINO
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant United States Attorney
State Bar No. 025496
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED

2025 JAN 22  AM II: 17

CLERK US DISTRICT COUR
DISTRICT OF ARIZONA

CR25-00412 TUC-AMM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO:  18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Possession of a Firearm and Ammunition by a Prohibited Person) Count One |
| Robert Donald Wainwright, III, | |
| Defendant. | |
| | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about January 5, 2024, in the District of Arizona, Defendant ROBERT DONALD WAINWRIGHT, III, knowing he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, to wit: (one) Ruger, model EC9, 9mm pistol and sixteen (16) rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One of this Indictment, defendant, ROBERT DONALD WAINWRIGHT, III, shall forfeit to the United States, pursuant to

Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: (one) Ruger, model EC9, 9mm pistol and sixteen (16) rounds of 9mm ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: January 22, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
JULIE A. SOTTOSANTI
Assistant United States Attorney

*United States of America v. Robert Donald Wainwright, III*
*Indictment Page 2 of 2*